IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE GOMEZ FALGAS
          Debtor(s)

CASE NUMBER: 10-10158 ESL

CHAPTER 13

**MOTION REQUESTING THE CONTINUANCE OF THE AUTOMATIC STAY**

**TO THE HONORABLE COURT:**

COMES now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. The Debtor moves the court to enter an order for continuance of the automatic stay provided under s 362 (a). In support of this motion, the Debtor states as follows:

2. Debtor has one prior bankruptcy and respectfully request the stay be continued in regards with his creditors based on the following circumstances:

a) Debtor had a baby and also some extraordinary expenses due to his daughter's illness as well as a change of job some months ago which caused him to fall in arrears with the Trustee and the case was dismissed.

b) Debtor is fully aware that the bankruptcy is a privilege and he needs a chance to provide he can reorganize his finance by completing with his payment schedule plan. Debtor needs to cure arrears of his only home and that of his family as well as pay for the car with BBVA which is his transportation to work.

**WHEREFORE**, the Debtor respectfully requested from this Honorable Court to continue the automatic stay under Section 362(a) as to all Creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under s 362(c)(1) or (c)(2) or a motion for relief is granted under s 362(d).

**NOTICE: "Parties in interest are hereby granted fourteen (14) days from the date of this notice to request hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed the Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections should be denied."**

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.,** US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

In San Juan, Puerto Rico, this 1st, day of November, 2010.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

GOMEZ FALGAS JOSE JAVIER
PO BOX 9022818
SAN JUAN PR  00902

SAMS CLUB DISCOVER
PO BOX 960013
ORLANDO FL  32896-0013

MARILYN VALDES ORTEGA LAW OFFICES
PO BOX 195596
SAN JUAN PR  00919-5596

WELLS FARGO HOME MORTGAGE
PO BOX 10335
DES MOINES IA  50306

AMERICAN EXPRESS
PO BOX 1270
NEWARK NJ  07101-1270

BANCO SANTANDER
PO BOX 362589
SAN JUAN PR  00936-2589

BBVA BANCO
PO BOX 364745
SAN JUAN PR  00936-4745

BBVA BANCO
PO BOX 71113
SAN JUAN PR  00936-1113

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN PR  00902

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY PR  00918

DORAL FINANCIAL CORPORATION
PO BOX 71528
SAN JUAN PR  00936-8628

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN PR  00902-0192