# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSE JAVIER GOMEZ FALGAS

Bkrtcy. No. 10-10158-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Oct 29, 2010 | Meeting Date: Dec 02, 2010 | DC Track No. 27 |
| Days from petition date: 34 | Meeting Time: 3:00 PM | |
| 910 Days before Petition: 5/2/2008 | ☐ Chapter 13 Plan Date: Oct 15, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 2nd Bankruptcy petition. | Plan Base: $34,500.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Dec 29, 2010 | Time: 2:00 PM |

| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. | Date | Amount | Total Paid In: $0.00 |
|---|---|---|---|---|

**I. Appearances:** ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☒ None.
- ☐ Debtor Present   ☐ ID & Soc. OK   ☐ Debtor Absent
- ☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
- Debtor(s) was/were   ☐ Examined   ☐ Not Examined under oath.
- Attorney for Debtor(s)   ☐ Present   ☐ Not Present
- ☐ Substitute attorney:   ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: **MARILYN VALDES ORTEGA***
Total Agreed: $3,000.00   Paid Pre-Petition: $330.00   Outstanding: $2,670.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.   Liquidation Value: 0
- Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)]   Gen. Unsecured Pool: 0
- 1.39% The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 10 DAYS
- §341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
- ☒ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☒ FAILS DISPOSABLE INCOME REQUIREMENTS   ☒ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
1) Debtor will submit 2008 tax return.
2) Debtor will submit pre-nuptial agreement and evidence that Debtor and his wife maintain individual administration and ownership of their property.
3) Debtor will submit evidence of financial help from Debtor's wife.

/s/ José R. Carrión
Trustee            Presiding Officer            Page 1 of 1            Date: Dec 02, 2010